IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**AMERICAN SOUTHERN INSURANCE COMPANY**                                        PLAINTIFF

v.              Civil No. 07-6065

**JAY CON BUILDERS, INC.; BRADLEY
JOE TAYLOR; and DOVEE JILL TAYLOR**                                        DEFENDANTS

### O R D E R

It appearing that proceedings in the above matter have been stayed pending the outcome of bankruptcy proceedings which may become dispositive of the litigation herein pending,

**IT IS ORDERED** that an administrative termination of the case be entered without prejudice to the right of any party to reopen the proceedings for good cause shown, for entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

**DATED this 30th day of April, 2008.**

                                                    /s/ Jimm Larry Hendren
                                                    JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT COURT